HARRY FARBMAN, Respondent, v. OTIS ELEVATOR COMPANY and Another,

Defendants, Impleaded with Joseph M. Brody, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, O'Malley and Sherman, JJ.